**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 24-cr-20490
Honorable Brandy R. McMillon

APRIL MCDANIEL,

Defendant.
_______________________________________/

## ORDER DENYING MOTIONS AS MOOT

The Court has confirmed that Defendant was released from the custody of the Bureau of Prisons on October 19, 2026.

Accordingly, **IT IS HERBEY ORDERED** that Defendant's Motion for Compassionate Release (ECF No. 33) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Government's Motion for Reconsideration regarding restitution payments while incarcerated (ECF No. 32) is also **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: November 6, 2026

s/Brandy R. McMillion
HON. BRANDY R. MCMILLION
U.S. DISTRICT JUDGE